UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. BROWN, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: ) ) |
| vs. | ) ) |
| 100 EAST ROOSEVELT ROAD, LLC, an Illinois Limited Liability Company, | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff, CHRISTOPHER E. BROWN, through his undersigned counsel, hereby files this Complaint and sues 100 EAST ROOSEVELT ROAD, LLC, an Illinois Limited Liability Company, for injunctive relief, attorneys' fees and costs pursuant to 42 U.S.C. § 12181 et seq., ("AMERICANS WITH DISABILITIES ACT" or "ADA") and alleges:

### JURISDICTION AND PARTIES

1. This is an action for declaratory and injunctive relief pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter referred to as the "ADA"). This Court is vested with original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

3. Plaintiff, CHRISTOPHER E. BROWN, (hereinafter referred to as "MR. BROWN"), is a resident of the State of New York.

4. Plaintiff, MR. BROWN is a qualified individual with a disability under the ADA. MR. BROWN suffers from Arthrogryposis, which causes him to be confined to a wheelchair. The

1

condition also causes atrophy in his arms, hands, shoulders, and elbows, which makes it extremely difficult for him to reach for, grip, and manipulate objects.

5. Due to his disability, Plaintiff MR. BROWN is substantially impaired in several major life activities and requires a wheelchair for mobility.

6. Defendant, 100 EAST ROOSEVELT ROAD, LLC, an Illinois Limited Liability Company, (hereinafter referred to as "100 EAST" or "Defendant"), is registered to do business in the State of Illinois. Upon information and belief, 100 EAST is the owner and/or operator of the real property and improvements which are the subject of this action, to wit: the Property, known as The Courtyard, generally located at 100 E. Roosevelt Rd., Villa Park, Illinois 60181.

7. All events giving rise to this lawsuit occurred in the Northern District of Illinois.

## COUNT I - VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITIES ACT

8. Plaintiff realleges and reavers the preceeding paragraphs as if they were expressly restated herein.

9. The Property is a shopping center and is open to the public and provides goods and services to the public.

10. Plaintiff MR. BROWN visited the Property, generally located at 100 E. Roosevelt Rd., Villa Park, Illinois 60181, and attempted to utilize the goods and services offered at the Property.

11. While at the Property, MR. BROWN experienced serious difficulty accessing the goods and utilizing the services therein due to the architectural barriers discussed herein.

12. MR. BROWN continues to desire to visit the Property, but fears that he will again encounter serious difficulty due to the barriers discussed herein.

13. MR. BROWN plans to and will visit the Property in the near future to utilize the goods and services offered thereon.

14. Defendant is in violation of 42 U.S.C. § 12181 et seq. and 28 C.F.R. § 36.302 et seq. and is discriminating against the Plaintiff due to Defendant's failure to provide and/or correct, *inter alia,* the following barriers to access which were personally observed and encountered by Plaintiff:

    A. Plaintiff observed inaccessible parking throughout the Property due to excessive long and cross slopes and a drain improperly placed in the access aisle;

    B. Plaintiff experienced inaccessible curb cuts from the parking to the sidewalks throughout the Property due to excessive long slopes and side flares;

    C. Plaintiff experienced inaccessible entrances to several stores and/or restaurants throughout the Property due to a failure to provide a smooth transition due to excessive lips; and

    D. Plaintiff encountered inaccessible payment/service counters due to excessive height.

15. Defendant either does not have a policy to assist people with disabilities or refuses to enforce such a policy if it does exist.

16. Independent of his intent to return as a patron to the Property, Plaintiff additionally intends to return to the Property as an ADA tester to determine whether the barriers to access

discussed herein have been remedied.

17. Removal of the barriers to access located on the Property is readily achievable, reasonably feasible and easily accomplishable without placing an undue burden on Defendant.

18. Removal of the barriers to access located on the Property would allow Plaintiff to fully utilize the goods and services located therein.

19. The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. Plaintiff is entitled to have his reasonable attorneys' fees, costs, and expenses paid by Defendant.

WHEREFORE, the Plaintiff demands judgment against Defendant, and requests the following injunctive and declaratory relief:

    A. That the Court declares that the Property owned and operated by Defendant is in violation of the ADA;

    B. That the Court enter an Order directing Defendant to alter its facility to make it accessible and usable by individuals with disabilities to the full extent required by Title III of the ADA;

    C. That the Court enter an Order directing Defendant to evaluate and neutralize its policies and procedures towards persons with disabilities for such reasonable time so as to allow Defendant to undertake and complete corrective procedures;

    D. That the Court award reasonable attorneys' fees, costs (including expert fees), and other expenses of suit, to the Plaintiff; and

E.  That the Court award such other and further relief as it deems necessary, just and proper.

        Respectfully Submitted,

        KU & MUSSMAN, P.A.
        Attorneys for Plaintiff
        12550 Biscayne Blvd., Suite 406
        Miami, Florida 33181
        Tel: (305) 891-1322
        Fax: (305) 891-4512

By: */s/ Michael P. Kelley*
        KU & MUSSMAN, P.A.
        Attorney for Plaintiff
        Michael P. Kelley, Esq. #6289903
        Kelley Law, LLC
        Of Counsel
        2333 N. Harlem Ave.
        Chicago, IL 60707
        Tel: 773-637-9200
        Fax: 773-637-4229
        Email: mike@michaelkelleylaw.com