UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. BROWN,<br>an individual, | ) ) ) | |
| | ) | CASE NO.: 1:12-cv-05935 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| 100 EAST ROOSEVELT ROAD, LLC,<br>an Illinois Limited Liability Company, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | / | |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing the terms of a written settlement agreement and hope to file a joint stipulation for dismissal within forty-five (45) days once all parties have executed the agreement. The parties further request that the Court adjourn all upcoming conferences and deadlines while they finalize their agreement.

Respectfully Submitted,                                   Respectfully Submitted,


By: */s/ Michael Kelley*                                  By: */s/ Thomas S. Gozdziak*
Michael P. Kelley, Esq. #6289903          Thomas S. Gozdziak #6226777
Kelley Law, LLC                                          Clausen Miller P.C.
Of Counsel                                                  10 S. LaSalle St.
2333 N. Harlem Ave.                                  Chicago, IL 60603
Chicago, IL 60707                                      Tel: 312-606-7853
Tel: 773-637-9200                                      Fax: 312-606-7777
Fax: 773-637-4229                                     Email: Tgozdziak@clausen.com
Email: mike@michaelkelleylaw.com


Dated:    3/4/13                                          Dated:    3/4/13                                    .
*Attorneys for Plaintiff*                             *Attorneys for Defendant*

1