UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. BROWN, an individual, </br></br> Plaintiff, </br></br> vs. </br></br> 100 EAST ROOSEVELT ROAD, LLC, an Illinois Limited Liability Company, </br></br> Defendant. | CASE NO.: 1:12-cv-05935 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

By: */s/ Michael Kelley*
Michael P. Kelley, Esq. #6289903
Kelley Law, LLC
Of Counsel
2333 N. Harlem Ave.
Chicago, IL 60707
Tel: 773-637-9200
Fax: 773-637-4229
Email: mike@michaelkelleylaw.com

Dated: 4/29/13
*Attorneys for Plaintiff*

Respectfully Submitted,

By: */s/ Thomas S. Gozdziak*
Thomas S. Gozdziak #6226777
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL 60603
Tel: 312-606-7853
Fax: 312-606-7777
Email: Tgozdziak@clausen.com

Dated: 4/29/13
*Attorneys for Defendant*